Michael C. Osborne (Bar No. 95839)
mosborne@archernorris.com
Brian W. Franklin (Bar No. 209784)
bfranklin@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:    925.930.6600
Facsimile:    925.930.6620

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE HICKEY and TAMI HICKEY, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, <br><br> Defendants. | Case No. 2:11-CV-01671-JAM-KJN <br><br> **STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON** |

This Stipulation to Continue expert disclosure deadlines is entered into by and between Plaintiffs DWAYNE HICKEY and TAMI HICKEY, and Defendant FORD MOTOR COMPANY (collectively, "the parties").

**I.
RECITALS**

The parties hereby respectfully request that this Court continue the expert disclosure and discovery deadlines to allow the parties to focus their efforts toward settling this case. To that end, the parties wish to extend the current expert disclosure deadline from May 21, 2012, to July 11, 2012 (the current discovery end date) to keep the litigation costs down and to enable each party to focus on efforts necessary to evaluate and settle the case. The parties propose that supplemental disclosures and disclosures of any rebuttal experts be made by August 11, 2012, so

FORD072/1349576-1

STIPULATION AND [PROPOSED] ORDER

as not to interfere with current motion and trial calendaring.  Accordingly, good cause exists for the continuance.

## II.
## STIPULATION

THE PARTIES HEREBY AGREE AND STIPULATE, by and through their authorized attorneys, to the following:

(1)  That the current expert disclosure deadline of May 21, 2012, is extended to July 11, 2012;

(2)  That supplemental disclosures and disclosures of any rebuttal experts be made by August 11, 2012.

DATE: 5/17/2012      Consumer Legal Services, P.C.

By:  ___/s/ Larry W. Chae_____
Brian J. Bickel
Larry W. Chae
Attorneys for Plaintiffs
DWAYNE HICKEY and TAMI HICKEY

DATE: 5/17/2012      ARCHER NORRIS

By:  ___/s/ Brian W. Franklin_____
Michael C. Osborne
Brian W. Franklin
Attorneys for Defendant
FORD MOTOR COMPANY

///
///
///
///
///
///
///

FORD072/1349576-1                     2

STIPULATION AND [PROPOSED] ORDER

## **ORDER**

IT IS SO ORDERED, based upon the Stipulation above and good cause appearing therefore, as follows:

The current expert disclosure deadline of May 21, 2012, is extended to July 11, 2012. The supplemental disclosures and disclosures of any rebuttal experts shall be made by August 11, 2012.

DATE: May 18, 2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge