1  Michael C. Osborne (Bar No. 95839)
   mosborne@archernorris.com
2  Brian W. Franklin (Bar No. 209784)
   bfranklin@archernorris.com
3  ARCHER NORRIS
   A Professional Law Corporation
4  2033 North Main Street, Suite 800
   Walnut Creek, California  94596-3759
5  Telephone:    925.930.6600
   Facsimile:    925.930.6620
6
   Attorneys for Defendant
7  FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| DWAYNE HICKEY and TAMI HICKEY, | Case No.  2:11-CV-01671-JAM-KJN |
|---|---|
| Plaintiffs, | **STIPULATION TO CONTINUE EXPERT DISCLOSURE AND DISCOVERY DEADLINES AND [PROPOSED] ORDER THEREON** |
| v. | |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants. | |

This Stipulation to Continue expert disclosure deadlines is entered into by and between Plaintiffs DWAYNE HICKEY and TAMI HICKEY, and Defendant FORD MOTOR COMPANY (collectively, "the parties").

**I.
RECITALS**

The parties hereby respectfully request that this Court continue the expert disclosure and discovery deadlines to allow the parties to focus their efforts toward settling this case.  To that end, the parties wish to extend the current expert disclosure deadline from May 21, 2012, to July 11, 2012 (the current discovery end date) to keep the litigation costs down and to enable each party to focus on efforts necessary to evaluate and settle the case.  The parties propose that supplemental disclosures and disclosures of any rebuttal experts be made by August 11, 2012, so

FORD072/1349576-1

as not to interfere with current motion and trial calendaring.  Accordingly, good cause exists for the continuance.

## II.
## STIPULATION

THE PARTIES HEREBY AGREE AND STIPULATE, by and through their authorized attorneys, to the following:

(1)   That the current expert disclosure deadline of May 21, 2012, is extended to July 11, 2012;

(2)   That supplemental disclosures and disclosures of any rebuttal experts be made by August 11, 2012.

DATE: 5/17/2012     Consumer Legal Services, P.C.

By:   */s/ Larry W. Chae*
         Brian J. Bickel
         Larry W. Chae
         Attorneys for Plaintiffs
         DWAYNE HICKEY and TAMI HICKEY

DATE: 5/17/2012     ARCHER NORRIS

By:   */s/ Brian W. Franklin*
         Michael C. Osborne
         Brian W. Franklin
         Attorneys for Defendant
         FORD MOTOR COMPANY

///
///
///
///
///
///
///

FORD072/1349576-1                              2

STIPULATION AND [PROPOSED] ORDER

## **ORDER**

IT IS SO ORDERED, based upon the Stipulation above and good cause appearing therefore, as follows:

The current expert disclosure deadline of May 21, 2012, is extended to July 11, 2012. The supplemental disclosures and disclosures of any rebuttal experts shall be made by August 11, 2012.

DATE: May 18, 2012                                /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  United States District Court Judge

FORD072/1349576-1                        3

STIPULATION AND [PROPOSED] ORDER