UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE HICKEY and TAMI HICKEY, | Case No. 2:11-CV-01671-JAM-KJN |
| Plaintiffs, | ORDER GRANTING THE PARTIES' REQUEST FOR A TRIAL CONTINUANCE |
| vs. | |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's September 6, 2011 Amended Status (Pre-Trial) Order is amended as follows:

Joint Pretrial Statement due:		January 18, 2013

Final Pretrial Conference:		January 25, 2013 at 11:00 a.m.

Jury Trial:				March 4, 2013 at 9:00 a.m.

///

///

///

---

1

[PROPOSED] ORDER

The previously calendared trial on January 14, 2013 and final pretrial conference on November 2, 2012, are vacated and continued to the dates listed above.

IT IS SO ORDERED.

DATED: 10/26/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge