# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE HICKEY and TAMI HICKEY, | Case No. 2:11-CV-01671-JAM-KJN |
| Plaintiffs, | ORDER GRANTING THE PARTIES' REQUEST FOR A TRIAL CONTINUANCE |
| vs. | |
| FORD MOTOR COMPANY, and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

The Court's September 6, 2011 Amended Status (Pre-Trial) Order is amended as follows:

| | |
|---|---|
| Joint Pretrial Statement due: | January 18, 2013 |
| Final Pretrial Conference: | January 25, 2013 at 11:00 a.m. |
| Jury Trial: | March 4, 2013 at 9:00 a.m. |

///
///
///

1 | The previously calendared trial on January 14, 2013 and final pretrial
2 | conference on November 2, 2012, are vacated and continued to the dates listed above.

4 | IT IS SO ORDERED.

6 | DATED: 10/26/2012

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge