# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DWAYNE HICKEY and TAMI HICKEY, <br><br> Plaintiffs, <br><br> vs. <br><br> FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:11-CV-01671-JAM-KJN <br><br> **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Action Filed: June 20, 2011 <br> Trial: Vacated |

The Court, having reviewed the parties' Stipulation of Dismissal of Entire Action with Prejudice and good cause appearing, orders that this case be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each side to be responsible for and bear its own costs and attorneys fees except as set forth in the Minute Order, ECF No. 35, and [Proposed] Order on Attorneys Fees and Costs, ECF No. 38.

IT IS SO ORDERED.

DATED: 11/12/2013                /s/ John A. Mendez_____
                                 Hon. John A. Mendez
                                 United States District Court Judge